T. KENNEDY HELM, IV (State Bar No. 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, California 94609
Telephone: (510) 350-7517
Facsimile: (510) 350-7359
email: kennedy@helmlawoffice.com

Attorney for Plaintiffs
Brian Rechten and Patricia Rechten

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER ASHLEY RECHTEN, deceased, through his Co-Successors in Interest BRIAN RECHTEN and PATRICIA RECHTEN; BRIAN RECHTEN, individually; and PATRICIA RECHTEN, individually,<br><br>  Plaintiffs,<br>vs.<br><br>CITY OF UNION CITY, a public entity; UNION CITY POLICE CHIEF JARED RINETTI, in his individual and official capacities; UNION CITY POLICE OFFICERS MICHAEL SEARS, GIOVANNI CENTENO-GRAHAM, in their individual capacities; and DOES 1–10, Jointly and Severally,<br><br>  Defendants. | No. 4:20-cv-00106-DMR-JSC<br><br>**STIPULATION FOR VOLUNTARY DISIMSSAL WITH PREJUDICE**<br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

No. 4:20-cv-00106-DMR-JSC: STIP. VOL. DISMISS W/ PREJUD.

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that pursuant to the settlement between the parties in this matter (*see* Dkt. 32), the above-captioned action be dismissed with prejudice in its entirety as to all defendants, each party to bear its/his/her own attorneys' fees and costs.

**IT IS SO STIPULATED**

DATED: July 20, 2020   **HELM LAW OFFICE, PC**

*/s/ T. Kennedy Helm, IV*
———————————
T. Kennedy Helm, IV
Attorney for Plaintiffs

DATED: July 20, 2020   **ALLEN, GLAESSNER, HAZELWOOD AND WERTH, LLP**

*/s/ Kevin P. Allen\**
———————————
Kevin P. Allen
Attorneys for Defendants

\*Mr. Allen provided his consent that this document be filed with his electronic signature.